**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| DAKSH SANJAYBHAI PATEL, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil No. 2:26-cv-02866-JLS |
| | : | |
| J.L. JAMISON, *et al.*, | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 5th day of May, 2026, upon review of Plaintiff Daksh Sanjaybhai Patel's Petition for Writ of Habeas Corpus (ECF No. 1), **IT IS HEREBY ORDERED** as follows:

1.  Respondents are **ENJOINED** from removing or transferring Petitioner from the Eastern District of Pennsylvania pending further order of this Court; and

2.  Respondents shall file a response on or before **Friday, May 8, 2026, at 5:00 PM.**

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge