**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| DAKSH SANJAYBHAI PATEL, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil No. 2:26-cv-02866-JLS |
| | : | |
| J.L. JAMISON, *et al.*, | : | |
| Respondents. | : | |

**ORDER**

**AND NOW**, this 13th day of May, 2026, upon consideration of Daksh Sanjaybhai Patel's Petition for Writ of Habeas Corpus (ECF No. 1) and the Government's Response in Opposition to Petition for Writ of Habeas Corpus (ECF No. 4), **IT IS HEREBY ORDERED** that the Petition (ECF No. 1) is **GRANTED** as follows:

1. Daksh Sanjaybhai Patel is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2);

2. The Government shall **RELEASE** Daksh Sanjaybhai Patel from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than 5:00 p.m. ET on May 15, 2026;

3. If the Government chooses to pursue re-detention of Daksh Sanjaybhai Patel pursuant to 8 U.S.C. § 1226(a), it must afford him the process due, including but not limited to a bond hearing upon his request, pursuant to 8 C.F.R. §§ 1236.1 (c)(8), (d)(1), etc.; and

4. The Court shall retain jurisdiction of this matter for thirty (30) days unless otherwise ordered.[1]

---

[1] Mr. Patel continuously resided in the United States for over two years. (*See* ECF No. 1, Verified Pet. for Habeas Corpus, ¶ 1). He arrived on or around March 8, 2024. (ECF No. 1-9, Notice to Appear).

The Government's arguments are familiar. The Government maintains Mr. Patel is lawfully detained pursuant to 8 U.S.C. § 1225(b)(2), and the detention does not offend due process. The vast majority of federal courts, including this Court, have rejected these arguments. *See e.g., Buele Morocho v. Jamison*, No. CV 25-5930 (E.D. Pa. Nov. 26, 2025); *Patel v. McShane*, No. CV 25-5975, 2025 WL 3241212 (E.D. Pa. Nov. 20, 2025); *Ndiaye v. Jamison*, No. CV 25-6007, 2025 WL 3229307 (E.D. Pa.

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL**
United States District Court Judge

---

Nov. 19, 2025); *Demirel v. Fed. Det. Ctr. Phila.*, No. 25-5488, 2025 U.S. Dist. LEXIS 226877 (E.D. Pa. Nov. 18, 2025); *Kashranov v. Jamison*, No. 25-5555, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025); *Cantu-Cortes v. O'Neill*, No. 25-6338, 2025 WL 3171639 (E.D. Pa. Nov. 13, 2025). The Court will not belabor the point: Mr. Patel's mandatory detention without the opportunity for a bail hearing is unlawful.