**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DAKSH SANJAYBHAI PATEL, Petitioner, | : | |
| v. | : | Case No. 2:26-cv-02866-JLS |
| J.L. JAMISON, et al., Respondents. | : | |

**ORDER**

**AND NOW**, this 1st day of October 2026, following the government's certification of compliance, Dkt. No. 6, **IT IS HEREBY ORDERED** that the Clerk of Court shall **CLOSE** this case. The Court shall retain jurisdiction of this matter for ninety (90) days unless otherwise ordered.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge